1  Tim Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  MARLON MARCUS WILLIAMS

**FILED**

NOV - 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 06-082 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING DATE FOR JUDGMENT AND SENTENCING |
| MARLON MARCUS WILLIAMS, | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. This matter is now set for judgment and sentencing on December 12, 2008. In order to afford defense counsel additional time to obtain and provide materials to the probation officer, and for the probation officer to prepare a draft presentence report, all parties stipulate that the date for judgment and sentencing be continued to **January 16, 2008, at 10:00 a.m.**, and that the December 12, 2008 date be vacated.

2. It is further stipulated that the following schedule concerning the presentence report be adopted:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | January 9, 2009 |
| Presentence report filed with court and disclosed to counsel: | January 2, 2009 |

1

Written objections to the presentence
report delivered to probation officer and
counsel:                                            December 23, 2008

Proposed presentence report disclosed
to counsel:                                         December 12, 2008


DATED: November 6, 2008    /s/ Tim Warriner, Attorney for defendant,
                           MARLON MARCUS WILLIAMS


DATED: November 6, 2008    /s/ Michael Beckwith, Assistant United States Attorney,
                           Attorney for the Government


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 12, 2008 judgment and sentencing date be vacated and that the matter instead be set for judgment and sentencing on January 16, 2009. The court adopts the schedule concerning the presentence report pursuant to the stipulation of the parties herein.

DATED: Nov 6, 2008                    _____
                                      UNITED STATES DISTRICT JUDGE

2