Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
MARLON MARCUS WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>     Plaintiff,   )<br>)<br>v.   )<br>)<br>MARLON MARCUS WILLIAMS,   )<br>)<br>)<br>     Defendant.   )<br>_____ ) | No. CR S 08-082 EJG<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

The parties hereby stipulate to the following:

1.  This matter is now set for judgment and sentencing on January 16, 2009. In order to afford defense counsel additional time to review documents relating to criminal history and prepare informal objections, all parties stipulate that the date for judgment and sentencing be continued to **February 20, 2009, at 10:00 a.m.**, and that the January 16, 2009 date be vacated.

2.  It is further stipulated that the following schedule concerning the presentence report be adopted:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | February 13, 2009 |
| Presentence report filed with court and disclosed to counsel: | February 6, 2009 |

1

| | |
|---|---|
| Written objections to the presentence report delivered to probation officer and counsel: | January 30, 2009 |

DATED: December 19, 2008   /s/ Tim Warriner, Attorney for defendant,
MARLON MARCUS WILLIAMS

DATED: December 19, 2008   /s/ Michael Beckwith, Assistant United States Attorney,
Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the January 16, 2009 judgment and sentencing date be vacated and that the matter instead be set for judgment and sentencing on February 20, 2009. The court adopts the schedule concerning the presentence report pursuant to the stipulation of the parties herein.

DATED:   December 30, 2008   /s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE

2